**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01608-CV

**MIKE JABARY, Appellant**

**V.**

**CITY OF ALLEN, ET AL., Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01635-2012**

## ORDER

We **GRANT** appellant's May 16, 2013 agreed motion to extend the time to file his brief.

Appellant shall file his brief on or before July 2, 2013.  We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE